**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |  |
|---|---|---|
| BUILD-A-BEAR RETAIL MANAGEMENT, INC. | ) | |
| BUILD-A-BEAR WORKSHOP, INC., | ) | |
| Delaware corporations, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:08-cv-554-ORL-19GJK |
| | ) | |
| DAVID KHELAWAN and NARINEE KHELAWAN, | ) | |
| individuals, | ) | |
| d/b/a "THE BEAR FACTORY," | ) | INJUNCTIVE RELIEF AND |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## COMPLAINT

COME NOW Plaintiffs Build-A-Bear Retail Management, Inc. and Build-A-Bear Workshop, Inc. (collectively "Build-A-Bear Workshop") and, for a Complaint the above identified parties state the following:

### INTRODUCTION

This is an action at law and in equity for trademark infringement, copyright infringement, and unfair competition arising under the Federal Trademark Act of 1946 (the "Lanham Act"), 15 U.S.C. §§ 1051, et seq.; and Florida law.

1.     Build-A-Bear Workshop is the leading nationwide company offering a customized stuffed animal retail experience.  Build-A-Bear Workshop maintains federal trademark and copyright registrations in order to protect against the unauthorized use of its Intellectual Property—including its trademarks and copyrighted designs.

2.      The Defendants sell customized stuffed animals as well. The Defendants' stores, promotional materials, and merchandise feature various marks, designs, logos, and displays that are confusingly similar to the trademarks, designs, logos, and displays of Build-A-Bear Workshop. The Defendants' actions are likely to cause confusion and to deceive consumers and the public regarding the source for Defendants' toys and services, and to otherwise harm Build-A-Bear Workshop.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over Build-A-Bear Workshop's federal claims pursuant to the Lanham Act, 15 U.S.C. § 1121, the Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq.; and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

4.      This court has jurisdiction over the Defendants by virtue of the facts that Defendants reside or have a principal place of business in the District. In addition, Defendant acted to infringe or otherwise harm the rights of Build-A-Bear Workshop in this judicial district or engaged in the business of advertising, marketing, distributing, shipping, transporting, selling, offering to sell, or contracting to deliver or sell infringing merchandise, specifically including plush, stuffed animals and accessories related thereto, throughout the United States, including in this judicial district.

5.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400.

## THE PARTIES

6.      Plaintiff Build-A-Bear Retail Management, Inc. is a Delaware corporation with offices at 1954 Innerbelt Business Center Drive, St. Louis, Missouri 63114.

7.     Plaintiff Build-A-Bear Workshop, Inc. is a Delaware corporation with offices at 1954 Innerbelt Business Center Drive, St. Louis, Missouri 63114.

8.     On information and belief, Defendants are the owners and operators of a Florida business doing business as "The Bear Factory" at the West Oaks Mall, 9401 West Colonial Drive, Suite 728, Ocoee, Florida 34761.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

### The Build-A-Bear Workshop Business

9.     Build-A-Bear Workshop and its related entities operate over 260 stores in the United States – all under the BUILD-A-BEAR WORKSHOP® brand.

10.     The BUILD-A-BEAR WORKSHOP® stores allow Guests to create, personalize, and customize their stuffed animals.

11.     Build-A-Bear Workshop also provides services such as make-your-own stuffed animal "parties" in its BUILD-A-BEAR WORKSHOP® stores.

12.     In addition, Guests to the BUILD-A-BEAR WORKSHOP® stores can purchase a broad range of accessories for their stuffed animals—all under the BUILD-A-BEAR WORKSHOP® brand.

13.     Throughout its business lifetime, Build-A-Bear Workshop created many unique features for its stores. These features include distinctive slogans; cartoon bears and characters; packaging for its stuffed animals; and a bright, vibrant shopping experience for its customers.

**The Build-A-Bear Workshop "CHOOSE ME" Trademarks and Designs**

14.    Build-A-Bear Workshop owns the mark shown in the "incontestable" U.S. Trademark Registration No. 2,921,479 for CHOOSE ME HEAR ME STUFF ME STITCH ME FLUFF ME DRESS ME NAME ME TAKE ME HOME® for a wide variety of goods and services as shown in the Certificate of Registration as shown in **Exhibit A**, which is incorporated by reference.  Build-A-Bear Workshop has used and registered this mark prior to any use of infringing marks by Defendants.

15.    Build-A-Bear Workshop owns the mark shown in U.S. Trademark Registration No. 2,506,351 for CHOOSE ME HEAR ME STUFF ME STITCH ME FLUFF ME NAME ME DRESS ME TAKE ME HOME® for a wide variety of goods and services as shown in the Certificate of Registration as shown in **Exhibit B** and incorporated by reference.  Build-A-Bear Workshop has used and registered this mark prior to any use of infringing marks by Defendants.

16.    Build-A-Bear Workshop owns the mark shown in U.S. Trademark Registration No. 2,842,051 for CHOOSE ME, STUFF ME, STITCH ME, FLUFF ME, DRESS ME, HEAR ME, NAME ME, TAKE ME HOME® for a wide variety of goods and services as shown in the Certificate of Registration as shown in **Exhibit C** and incorporated by reference.  Build-A-Bear Workshop has used and registered this mark prior to any use of infringing marks by Defendants.

17.    Build-A-Bear Workshop owns the mark shown in U.S. Trademark Registration No. 2,974,062 for CHOOSE ME STUFF ME LOVE ME® for a wide variety of goods and services as shown in the Certificate of Registration as shown in **Exhibit D** and incorporated by reference. Build-A-Bear Workshop has used and registered this mark prior to any use of infringing marks by Defendants.

18.    For purposes of clarity, the all of the foregoing trademarks and service marks will be referred to in this Complaint collectively as the "CHOOSE ME Marks."

19.    Build-A-Bear Workshop has expended and continues to dedicate substantial resources promoting the CHOOSE ME Marks throughout the United States and, as a result, customers associate the marks with Build-A-Bear Workshop.

### The Build-A-Bear Workshop "Bear Characters" and Designs

20.    Build-A-Bear Workshop uses various cartoon depictions of bears or other characters as shown in **Exhibit E** in connection with its goods, services, and retail stores. Build-A-Bear Workshop started use of the "Bear Characters and Designs" shown in **Exhibit E** prior to any use by Defendants.

21.    Build-A-Bear Workshop has expended and continues to dedicate substantial resources promoting the "Bear Characters and Designs" throughout the United States and, as a result, customers associate the marks with Build-A-Bear Workshop.

### The Build-A-Bear Workshop Copyrighted Works

22.    Build-A-Bear Workshop is the owner of the work identified in copyright registration VA 906-476 entitled "CHOOSE ME, STUFF ME, STITCH ME, FLUFF ME, DRESS ME, TAKE ME HOME" as shown in the Certificate of Registration in **Exhibit F** and incorporated by reference.

23.    Build-A-Bear Workshop is the owner of the work identified in copyright registration VA 935-010  entitled "Bear Head Design" as shown in the Certificate of Registration in **Exhibit G** and incorporated by reference.

24.     Build-A-Bear Workshop is the owner of the work identified in copyright registration VA 850-950 entitled "Build-A-Bear Workshop Mural Design and Illustration (STUFF ME)" as shown in the Certificate of Registration in **Exhibit H** and incorporated by reference.

25.     Build-A-Bear Workshop is the owner of the work identified in copyright registration VA 850-951 entitled "Build-A-Bear Workshop Mural Design and Illustration (CHOOSE ME)" as shown in the Certificate of Registration in **Exhibit I** and incorporated by reference.

26.     Build-A-Bear Workshop is the owner of the work identified in copyright registration VA 850-952 entitled "Build-A-Bear Workshop Mural Design and Illustration (DRESS ME)" as shown in the Certificate of Registration in **Exhibit J** and incorporated by reference.

27.     Build-A-Bear Workshop is the owner of the work identified in copyright registration VA 850-953 entitled "Build-A-Bear Workshop Mural Design and Illustration (FLUFF ME)" as shown in the Certificate of Registration in **Exhibit K** and incorporated by reference.

28.     Build-A-Bear Workshop is the owner of the work identified in copyright registration VA 850-954 entitled "Build-A-Bear Workshop Mural Design and Illustration (STITCH ME)" as shown in the Certificate of Registration in **Exhibit L** and incorporated by reference.

29.     Build-A-Bear Workshop is the owner of the work identified in copyright registration VA 1-187-246 entitled "Cub Condo Design No. 1" as shown in the Certificate of Registration in **Exhibit M** and incorporated by reference.

30.     The subject matter of these copyright registrations are collectively referred to as the "Copyrighted Works".

31. Build-A-Bear Workshop was and still is the owner of all rights in and to the Copyrighted Works.

32. Build-A-Bear Workshop obtained registrations for the Copyrighted Works prior to any use by Defendants.

33. For purposes of clarity, all of the foregoing trademarks, service marks, designs, characters and copyrights of Build-A-Bear Workshop are hereafter referred to generally as "Protected Works."

### Defendants' Infringing Activities

34. Upon information and belief, Defendants have and continue to advertise, market, distribute, ship, transport, sell, and/or offer to sell goods and services relating to plush, stuffed animals and related accessories, throughout the United States—including in and to the Middle District of Florida—in connection with designations that are identical or confusingly similar to the Build-A-Bear Workshop Protected Works.

- **Defendants' "The Bear Factory" Retail Store**

35. Defendants use designs and displays (the "Infringing Works") that are identical or confusingly similar to the Protected Works of Build-A-Bear Workshop in connection with the sales of plush, stuffed animals and related accessories at the Bear Factory stores.

36. Specifically, Defendants use phrases such "CHOOSE ME, FLUFF ME, DRESS ME, HEAR ME, NAME ME" or variations thereof in connection with Defendants' retail store featuring plush, stuffed animals, accessories, and parties. Examples include the items shown in **Exhibit N.**

37.     Defendants also use Bear Characters that are identical or substantially similar to the Bear Characters and Designs of Build-A-Bear Workshop.  Examples include the items shown in **Exhibit O.**

38.     Defendants also use a packaging design that is identical or substantially similar to the Cub Condo Design of Build-A-Bear Workshop.  Examples include the items shown in **Exhibit P.**

39.     Defendants are not a subsidiaries, affiliates, licensees or related entities of Build-A-Bear Workshop.   Build-A-Bear Workshop has not authorized or licensed the Defendants to use, display, reproduce, any property of Build-A-Bear Workshop for any purpose whatsoever.

40.     Defendants unauthorized activities concerning the Protected Works of Build-A-Bear Workshop in connection with the sale of plush, stuffed animals and related accessories in connection with the Infringing Works are likely to cause confusion and mistake as to the source or origin of Defendants' Goods or Services and to create a false impression of sponsorship, approval or endorsement of those products by the real Build-A-Bear Workshop.

41.     Defendants' acts demonstrate deliberate, willful, and bad faith intent to create confusion and mistake, to deceive purchasers and to trade on the established reputation and goodwill of Build-A-Bear Workshop by falsely implying an association, connection, affiliation or relationship with Build-A-Bear Workshop and its goods to the great and irreparable injury of Build-A-Bear Workshop.

42.     Defendants' unauthorized use of the Infringing Works in connection with make-your-own stuffed animals that are substantially similar to those offered by Build-A-Bear Workshop has caused or, unless enjoined by this Court, will cause a likelihood of confusion and deception

of purchasers, as well as members of the public who see the authentic Build-A-Bear Workshop

Goods and Services promoted in the same channels of trade the Defendants' Goods and

Services. The natural and probable result is that Build-A-Bear Workshop has suffered, and will

continue to suffer irreparable injury to and dissipation of its reputation and goodwill for which

Build-A-Bear Workshop has no adequate remedy at law.

43.     Defendants infringed Build-A-Bear Workshop's rights in and to the Copyrighted

Works by reproducing the Copyrighted Works, preparing derivative works based on the

Copyrighted Works, distributing the Copyrighted Works to the public, and/or otherwise using

the Copyrighted Works without the authorization of Build-A-Bear Workshop as prohibited by

the Copyright Act.

44.     Build-A-Bear Workshop notified Defendants of the infringement of the

Copyrighted Works. Defendants continued to infringe the Copyrighted Works.

45.     On information and belief, the Defendants' actions have caused, are causing

and/or are likely to cause actual confusion in the marketplace.

### FIRST CLAIM FOR RELIEF

### Federal Trademark Infringement (15 U.S.C. § 1114)

### **The BUILD-A-BEAR WORKSHOP Trademarks and Designs**

46.     Build-A-Bear Workshop repeats and incorporates the allegations set forth in

paragraphs 1-45 as if set forth in full herein.

47.     By engaging in the acts described above, Defendants sold and marketed

Defendants' Goods and Services in interstate commerce using designations and representations

that are confusingly similar to the Build-A-Bear Workshop CHOOSE ME Marks.

48.     Defendants' actions are likely to cause confusion, to cause mistake, and to deceive purchasers, prospective purchasers, and the public.

49.     Defendants' actions demonstrate an intentional, willful and malicious intent to trade upon the goodwill associated with the Build-A-Bear Workshop CHOOSE ME Marks.

50.     Defendants' actions constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

51.     Build-A-Bear Workshop is and will continue to be damaged by Defendants' infringing activities, which are likely to cause confusion among the purchasing public as to the true identity, source, sponsorship or affiliation of the Goods and Services of Defendant.

52.     Because of Defendants' infringing activities, Build-A-Bear Workshop has suffered and will continue to suffer damage to its business reputation and goodwill, and the loss of sales and profits it would have made but for the improper acts of Defendant.

53.     Because of Defendants' intentional infringing activities, Build-A-Bear Workshop is entitled to injunctive relief, an accounting for profits, damages, costs and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1114, 1116 and 1117.   Build-A-Bear Workshop is further entitled to have its damages award enhanced and its damages award trebled as authorized by 15 U.S.C. § 1117.

## SECOND CLAIM FOR RELIEF

### Federal Unfair Competition (15 U.S.C. § 1125(a))

### **The BUILD-A-BEAR WORKSHOP Protected Works**

54.     Build-A-Bear Workshop repeats and incorporates the allegations set forth in paragraphs 1-45 as if set forth in full herein.

55.    Defendants' advertising, marketing, offering for sale and sale of goods with false designations and representations identical or closely similar to the Build-A-Bear Workshop Protected Works is likely to cause confusion, or to cause mistake, or to deceive purchasers and potential purchasers and members of the public as to the affiliation, connection or association between Defendant and Build-A-Bear Workshop.  Such actions by Defendants are also likely to cause confusion, or to cause mistake, or to deceive purchasers and potential purchasers and members of the public as to the as to the origin, sponsorship, authorization or approval of Defendants' Goods and Services by Build-A-Bear Workshop.

56.    Defendants' use and promotion of colorable imitations of the Build-A-Bear Workshop Protected Works was not authorized by Build-A-Bear Workshop.

57.    Defendants' actions demonstrate an intentional, willful and malicious intent to trade upon the goodwill associated with the Build-A-Bear Workshop Protected Works.

58.    Build-A-Bear Workshop is being damaged and will continue to be damaged by Defendants' false designations and representations because they are likely to cause confusion among the purchasing public and the trade as to the true affiliation, connection, association, origin, sponsorship or approval of Defendants' Goods and Services.

59.    Because of Defendants' false designations and representations, Build-A-Bear Workshop has suffered and will suffer damage to its business reputation, and goodwill, and the loss of sales and profits that Build-A-Bear Workshop would have made but for Defendants' acts.

60.    Defendants' false and deceptive designations and representations, violate Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), and Build-A-Bear Workshop has no adequate remedy at law.

61.     Because of Defendants' infringing activities, Build-A-Bear Workshop is entitled to injunctive relief, an accounting for profits, damages, costs and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1125, 1116 and 1117. Build-A-Bear Workshop is further entitled to have its profits award enhanced and its damages award trebled as authorized by 15 U.S.C. §§ 1117.

### THIRD CLAIM FOR RELIEF

### State Common Law Unfair Competition

### **The BUILD-A-BEAR WORKSHOP Protected Works**

62.     Build-A-Bear Workshop repeats and incorporates the allegations set forth in paragraphs 1-45 as if set forth in full herein. This claim is a substantial and related claim.

63.     Defendants' acts constitute unfair competition in violation of the common law of several states including the State of Florida, and have created, and unless restrained by this Court, will continue to create a likelihood of confusion and/or other irreparable injury to Build-A-Bear Workshop and for which Build-A-Bear Workshop has no adequate remedy at law.

64.     On information and belief, Defendants acted with full knowledge of Build-A-Bear Workshop's use of, and statutory and common law rights to, the Build-A-Bear Workshop Protected Works and without regard to the likelihood of confusion of the public created by those activities.

65.     Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with the Build-A-Bear Workshop Protected Works to the great and irreparable injury of Build-A-Bear Workshop.

66.   As a result of Defendants' acts, Build-A-Bear Workshop has been damaged in an amount not as yet determined or ascertainable.   At a minimum, however, Build-A-Bear Workshop is entitled to injunctive relief, to an accounting of Defendants' profits, and damages.

### FOURTH CLAIM FOR RELIEF

### Federal Copyright Infringement

### **The BUILD-A-BEAR WORKSHOP Copyrighted Works**

67.   Build-A-Bear Workshop repeats and incorporates the allegations set forth in paragraphs 1-45 as if set forth in full herein.

68.   Build-A-Bear Workshop owns copyrighted material found at its stores and retail website, specifically including at least the Copyrighted Works identified in Exhibits F through M.

69.   Build-A-Bear Workshop has complied in all respects with 17 U.S.C. §§ 101 et seq., and secured the exclusive rights and privileges in and to the copyrights of the above-referenced works. Build-A-Bear Workshop is the sole proprietor of all rights, title, and interest in and to the copyrights in their respective works as referenced above.

70.   Defendants' conduct violates the exclusive rights belonging to Build-A-Bear Workshop as owners of the Copyrighted Works.

71.   On information and belief, Defendants have realized and continue to realize profits and other benefits rightfully belonging to Build-A-Bear Workshop as a direct and proximate result of Defendants' wrongful conduct. Accordingly, Build-A-Bear Workshop seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

72.   Defendants' infringing conduct has also caused and is causing substantial and irreparable injury and damage to Build-A-Bear Workshop in an amount not capable of

determination, and, unless restrained, will cause further irreparable injury, leaving Build-A-Bear Workshop with no adequate remedy at law.

73.     Build-A-Bear Workshop duly obtained all relevant copyright registrations prior to any acts of infringement, copying, reproduction, distribution, or use by Defendants.

74.     On information and belief, Defendant willfully engaged in the acts complained of and in conscious disregard of the rights of Build-A-Bear Workshop. Build-A-Bear Workshop is, therefore, entitled to the maximum statutory damages allowable and its attorneys fees.

## PRAYER FOR RELIEF

WHEREFORE, Build-A-Bear Workshop prays that:

1.     Defendants and all related agents, principals, officers, employees, representatives, successors, assigns, attorneys, subsidiaries, parent companies, affiliates, retailers, independent contractors, customers, licensees, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants, and each of them, be enjoined from:

(a)     manufacturing, distributing, marketing, selling or offering for sale any goods or services that bear any designation that is likely to cause harm or confusion as to the Build-A-Bear Workshop Protected Works, whether used alone or in combination with any other words or symbols;

(b)     using any terms, marks, words or symbols that so resemble any of the Build-A-Bear Workshop Protected Works or any names, marks or designations of Build-A-Bear Workshop as to be likely to cause confusion, mistake, deception or

misunderstanding in connection with the manufacture, distribution, advertising, promotion or sale of any product which is not authorized by Build-A-Bear Workshop, including but not limited to the Infringing Works used on or in connection with Defendants' Goods and Services;

(c)     expressly or by implication, representing that Defendants, their goods, or their services are affiliated with, or authorized, licensed, endorsed or sponsored by Build-A-Bear Workshop or its subsidiaries, affiliates or related companies;

(d)     selling any goods or services or engaging in any actions that are likely to diminish the distinctive quality of the Build-A-Bear Workshop Protected Works, names and forms of advertisement or otherwise cause injury to Build-A-Bear Workshop's business reputation;

(e)     making or engaging in any express or implied false descriptions, false designations or false representations with respect to the products of Defendants in violation of Section 32 or Section 43(a) of the Lanham Act; and

(f)     otherwise infringing upon the Build-A-Bear Workshop Protected Works or unfairly competing with Build-A-Bear Workshop in any manner whatsoever;

2.     Defendants be ordered to recall all products bearing the Infringing Works or offered for sale in connection with the Infringing Works, or any other confusingly similar mark, and also to deliver to each customer a copy of this Court's order as it relates to said injunctive relief against Defendants;

3.     Defendants be ordered to deliver up for impoundment and destruction all of Defendants' Goods and Services, and materials or documents used in the promotion or sales of

Defendants' Goods and Services, or other materials in the possession, custody, or under the control of Defendants or their business associates that are found to adopt, infringe, or otherwise harm any of the Build-A-Bear Workshop Protected Works or that otherwise unfairly compete with Build-A-Bear Workshop and its products and services;

4.      Defendants be compelled to account to Build-A-Bear Workshop for any and all profits derived from the marketing, sale, or distribution of Infringing Goods and Services as described in this Complaint;

5.      Build-A-Bear Workshop be awarded all damages caused by the acts forming the basis of this Complaint;

6.      Based on Defendants' knowing and intentional use of confusingly similar and substantially indistinguishable imitations of Build-A-Bear Workshop Protected Works, the damages award be trebled and the award of Defendants' profits be enhanced as provided for by 15 U.S.C. § 1117(a);

7.      Defendants be required to pay to Build-A-Bear Workshop the costs of this action and its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and the state statutes cited in this Complaint;

8.      Based on Defendants' willful and deliberate infringement and unfair competition with respect to the Build-A-Bear Workshop Protected Works, and to deter such conduct in the future, Build-A-Bear Workshop be awarded punitive damages;

9.      Declaring that Defendants' unauthorized conduct violates Build-A-Bear Workshop's rights under the Lanham Act, common law and the Copyright Act;

10.    Ordering Defendants to account to for all gains, profits, and advantages derived by Defendants by their infringement of copyrights or such damages as are proper, and since Defendants intentionally infringed copyrights, for the maximum allowable statutory damages for each violation;

11.    Awarding actual and/or statutory damages for Defendants' copyright infringement in an amount to be determined at trial;

13.    Awarding Build-A-Bear Workshop its costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505; and

14.    For such other and further relief as the Court may deem just and proper.

Dated: _April 11, 2008_

Respectfully submitted,

Jon M. Gibbs
Florida Bar No. 0494534
**AKERMAN SENTERFITT**
420 South Orange Avenue
Suite 1200
Orlando, Florida 32801
Telephone: 407-423-4000
Fax: 407-843-6610
Email: jon.gibbs@akerman.com

Michelle W. Alvey, Trial Counsel
Anthony Martin, Trial Counsel
**HUSCH BLACKWELL SANDERS LLP**
720 Olive Street, 24th Floor
St. Louis, MO  63101
Telephone: 314-345-6000
Fax: 314-345-6060
Email: michelle.alvey@huschblackwell.com
anthony.martin@huschblackwell.com

Attorneys for Plaintiffs