UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BUILD-A-BEAR RETAIL MANAGEMENT, INC.,
BUILD-A-BEAR WORKSHOP, INC.,
      Plaintiffs,

-vs-                                         Case No. 6:08-cv-554-Orl-18DAB

DAVID KHELAWAN, d/b/a The Bear Factory,
NARINEE KHELAWAN, d/b/a The Bear Factory,
SHOGMANZ GROUP, INC.,
      Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Default Judgment and Injunction (Doc. 41). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Motion for Default Judgement and Injunction is **DENIED** and Plaintiff's are **ORDERED TO SHOW CAUSE**, within fourteen (14) days from the date of this order, why the claim against the Khelawan defendants should not be **dismissed**.

It is **SO ORDERED** in Orlando, Florida, this ___6___ day of January, 2010.

                                                         G. KENDALL SHARP
                                                         Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge